Nos. 254 and 255.   S. R. A., INC. v. MINNESOTA.   October 8, 1945.   Petitions for writs of certiorari to the Su-

preme Court of Minnesota granted. *Mr. Roland J. Faricy* for petitioner. *J. A. A. Burnquist,* Attorney General of Minnesota, *George B. Sjoselius,* Deputy Attorney General, *Messrs. James F. Lynch* and *Andrew R. Bratter* for respondent.